UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY | ORDER OF DISMISSAL |
| -against- | CV-05-4135 (DRH) |
| VV PLUMBING & HEATING | |

-------------------------------------------------------------------------X

The Court having issued an Order on November 11, 2008 directing the parties to file a stipulation of settlement with the Court by December 4, 2008 or the case would be dismissed with prejudice, and no stipulation having been filed with the Court,

IT IS HEREBY ORDERED that the case is dismissed with prejudice.

The Clerk is directed to close this case.

SO ORDERED.

/s/
DENIS R. HURLEY
United States District Judge

Dated: Central Islip, New York
January 15, 2009